UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

KENYON R. FOSTER

CRIMINAL ACTION

NO. 09-35-JJB

**RULING**

This matter is before the Court on defendant's motion (doc. 41) to be sentenced under the Fair Sentencing Act of 2010. The United States has filed an opposition (doc. 42). There is no need for oral argument.

The court finds that defendant should be sentenced under the Fair Sentencing Act of 2010 ("FSA"). Given the purpose of the FSA – to restore fairness to federal cocaine sentencing – the court chooses to follow the *Douglas* line of cases which apply the FSA to defendants who have not yet been sentenced. *United States v. Douglas*, No. 09-202-P-H, 2010 WL 4260221 (D.Me. 2010). These cases, including *United States v. Whitfield*, No. 2:10CR13, 2010 WL 5387701 (N.D.Miss. 2010), sufficiently address the United States' concerns with regard to the Savings Clause. The court is aware of the recent Fifth Circuit opinion in *United States v. Doggins*, No. 09-40925, 2011 WL 438935 (5th Cir. 2011), however that case dealt with a defendant who had already been sentenced before the passage of the Fair Sentencing Act. Here, unlike in *Doggins*, the defendant had not yet been sentenced when the FSA took effect.

1

The court also finds relevant: 18 U.S.C. § 3553(a)(4)(A)(ii), which provides that the governing guidelines are those in effect on the date defendant is sentenced.

Accordingly, defendant's motion (doc. 41) to be sentenced pursuant to the Fair Sentencing Act of 2010 is HEREBY GRANTED.

Signed in Baton Rouge, Louisiana, on March 25, 2011.

**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**